IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BARBARA FERRARA-FALTINEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-cv-153-Z-BR |
| | § | |
| WEST TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Defendant(s). | § | |

**ORDER TO SHOW GOOD CAUSE AND SECOND ORDER FOR
PLAINTIFF TO COMPLY WITH ORDER TO OBTAIN LOCAL COUNSEL**

On December 5, 2023, the Court entered an Order to Obtain Local Counsel. (ECF 8). The order explains that Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain a principal office in this District. (*Id.* at 1); *see* N.D. Tex. Civ. R. 83.10(a). That Order directed any party required to obtain local counsel "to file an entry of appearance of local counsel within twenty-one (21) days" of that Order. (ECF 8 at 2).

According to the Court's electronic filing system, Plaintiff is represented by David C. Holmes of the Law Office of David C. Holmes, located in Houston, Texas. Because Mr. Holmes had not obtained local counsel within twenty-one days of the Court's Order, (ECF 8), and appeared to be in violation of Local Rule 83.10, this Court entered a second order directing Plaintiff to obtain local counsel. (ECF 12). Plaintiff was ordered to obtain local counsel on or before January 11, 2024, but has not done so as of the date of this Order. (*Id.*). Therefore, Plaintiff appears to remain in violation of Local Rule 83.10.

Accordingly, on or before **January 23, 2024**, Plaintiff is ORDERED to:

1. Demonstrate in writing good cause for the failure to comply with the Court's orders (ECF 8, 12) to obtain local counsel pursuant to Local Rule 83.10; and

2. Properly comply with the Court's Orders to Obtain Local Counsel (ECF 8, 12).

No request to extend the January 23, 2024 deadline will be granted. Failure to comply with this order may result in the undersigned recommending to the District Judge this action be dismissed without prejudice without further notice.

IT IS SO ORDERED.

ENTERED January 16, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE