IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BARBARA FERRARA-FALTINEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-cv-153-Z-BR |
| | § | |
| WEST TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO FILE PLAINTIFF'S ADDRESS UNDER SEAL

The Court is in receipt of the Notice of Passing filed by Defendant West Texas A&M, which informs the Court that counsel for Plaintiff—David C. Holmes—has passed away. (ECF 25). Based on the information before the Court, Mr. Holmes was a solo practitioner with little to no support staff.

As a result, the undersigned is concerned that Plaintiff will probably not be informed or become aware of Mr. Holmes' death in a timely manner. Accordingly, to put the Plaintiff on notice that her attorney has passed away, the Court ORDERS Defendant to **file Plaintiff's last known address under seal on or before Friday, February 16, 2024**.[1]

IT IS SO ORDERED.

ENTERED February 2, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant should have records of Ms. Ferrara-Faltinek's address from her term of employment for West Texas A&M University; alternatively, Defendant may have a more current address that has come out during this litigation. Regardless, the Court asks for Defendant's best assistance in putting Plaintiff on notice of this unfortunate circumstance.