IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BARBARA FERRARA-FALTINEK,<br><br>  Plaintiff,<br><br>v.<br><br>WEST TEXAS A&M UNIVERSITY,<br><br>  Defendant. | 2:23-CV-153-Z-BR |

## JUDGMENT

The Court **GRANTED** Defendant's Motion for Summary Judgment on Plaintiff's claims. This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

June 16, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE